# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## CIVIL ACTION NO.  1:17-CV-049-MOC-DCK

| | | |
|---|---|---|
| **CHRISTOPHER M. HAYNES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For Leave To File Supplemental Brief" (Document No. 13) filed December 7, 2017; and Plaintiff's "Supplemental Motion For Leave To File Supplemental Brief" (Document No. 14) filed December 8, 2017.  These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.  Having carefully considered the motions and the record, and noting consent of Defendant, the undersigned will now grant Plaintiff's "Supplemental Motion For Leave To File Supplemental Brief" (Document No. 14).

Plaintiff's original motion failed to indicate that the parties had conferred pursuant to Local Rule 7.1(B);  however, the parties now agree to supplemental briefing in this matter.  See (Document Nos. 13 and 14).

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For Leave To File Supplemental Brief" (Document No. 13) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's "Supplemental Motion For Leave To File Supplemental Brief" (Document No. 14) is **GRANTED**.  Plaintiff's counsel may file a supplemental brief of five (5) pages or less, on or before **December 22, 2017**;  and Defendant's

counsel may file a responsive supplemental brief of five (5) pages or less, on or before **January 12, 2018**.

       **SO ORDERED**.

Signed: December 8, 2017

David C. Keesler
United States Magistrate Judge