# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Christopher Marlin Haynes,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00049-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| **Nancy A. Berryhill,** | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration**,** | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 9, 2018 Order.

March 9, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court